```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100217933
Cashier ID: vthomas
Transaction Date: 11/04/2020
Payer Name: JUAN FLORES
------------------------------------
CIVIL FILING FEE
 For: JUAN FLORES
 Case/Party: D-FLS-1-20-CV-024541-001
 Amount:          $400.00
------------------------------------
CASH
 Amt Tendered:   $400.00
------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00


Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```